UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRON G. BRANDON,

           Plaintiff,

v.

DEPARTMENT OF CORRECTIONS
OF WASHINGTON, *et al.*,

           Defendants.

CASE NO. 3:22-CV-5284-LK-DWC

ORDER RENOTING MOTION TO DISMISS

Plaintiff Myron G. Brandon, proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. On November 15, 2022, the Court issued an Order (Dkt. 40) that, in part, directed the Clerk to re-docket Plaintiff's "Surreply" (Dkt. 37) as a Response to the Motion to Dismiss (Dkt. 20). In addition, the Court denied Defendants' Motion to Strike (Dkt. 39) that Response. Now that a Response has been filed by Plaintiff, the Court will provide Defendants an opportunity to file a reply to the Motion to Dismiss, on or before November 29, 2022. No further briefing on the Motion to Dismiss beyond this reply will be accepted for filing.

ORDER RENOTING MOTION TO DISMISS - 1

Accordingly, the Clerk shall re-note the Motion to Dismiss (Dkt. 20) for consideration on December 2, 2022.

Dated this 16th day of November, 2022.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER RENOTING MOTION TO DISMISS - 2