UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRON G. BRANDON,

          Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS
OF WASHINGTON, *et al.*,

          Defendants.

CASE NO. 3:22-CV-5284-LK-DWC

ORDER DENYING PLAINTIFF'S MOTION

Plaintiff Myron G. Brandon, proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. On November 15, 2022, the Court issued an Order (Dkt. 40) that, in part, directed the Clerk to re-docket Plaintiff's "Surreply" (Dkt. 37) as a Response to the Motion to Dismiss (Dkt. 20). In addition, the Court denied Defendants' Motion to Strike (Dkt. 39) that Response. Noting that a Response had now been filed, the Court granted Defendants until November 29, 2022, to file a reply to the Motion to Dismiss. *See* Dkt. 40. Additionally, on November 16, 2022, the Court directed the Clerk to re-note the Motion to Dismiss for consideration on December 2,

2022. *See* Dkt. 41. The Order also directed that no further briefing on the Motion to Dismiss beyond Defendants' reply would be accepted for filing. *See id*.

On the following day, November 17, 2022, Plaintiff filed the instant "Motion for Certificate of Appealability." Dkt. 42. In the Motion, Plaintiff appears to be making further arguments in reply to the Motion to Dismiss. *See id*. As such, the Court construes the Motion as a Motion for leave to further reply to the Motion to Dismiss. As the Court has already directed the parties that no further briefing beyond Defendants' reply to the Motion to Dismiss would be accepted for filing (*see* Dkt. 41), the Court denies Plaintiff's Motion for leave to further reply. Dkt. 42.

Dated this 16th day of December, 2022.

David W. Christel
United States Magistrate Judge